

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. AP-76,246 & AP-76,247

## EX PARTE DANIEL DONGRELE LINDLEY, Applicant

## ON APPLICATIONS FOR A WRIT OF HABEAS CORPUS
CAUSE NOS. 0819779 and 0819780 IN THE 8th DISTRICT COURT
FROM HOPKINS COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two separate offenses of attempted capital murder and sentenced to forty-five years' imprisonment in each cause.

Applicant contends that his counsel, through no fault of his own, failed to timely file notices of appeal. We remanded this application to the trial court for findings of fact and conclusions of law.

The trial court has determined, based upon the record, that Applicant was deprived of his

right to appeal in each cause. We find, therefore, that Applicant is entitled to the opportunity to file out-of-time appeals of the judgments of conviction in Cause Nos. 0819779 and 0819780 from the 8th Judicial District Court of Hopkins County. Applicant is ordered returned to that time at which he may give a written notices of appeal so that he may then, with the aid of counsel, obtain meaningful appeals. All time limits shall be calculated as if the sentences had been imposed on the date on which the mandate of this Court issues. We hold that, should Applicant desire to prosecute any appeals, he must take affirmative steps to file written notices of appeal in the trial court within 30 days after the mandate of this Court issues.

Delivered: October 28, 2009
Do Not Publish